AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Kelley Ray Kaighin<br>*Defendant(s)* | )<br>)<br>) Case No. 3:23-mj-11<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 18, 2023  in the county of  Marion  in the
_____ District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), 841(b)(1)(A) | Possession with the intent to distribute 1000 grams or more of a mixture and substance containing a detectable amount of heroin a Schedule I controlled substance, and possession with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See attached affidavit of Drug Enforcement Administration (DEA) Special Agent Samuel Landis.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Samuel Landis, Special Agent, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 10:28 a.m./~~p.m.~~

Date: January 19, 2023

/s/ Youlee Yim You
*Judge's signature*

City and state: Portland, Oregon     Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*