AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

ORIGINAL

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  3:23-mj-11 |
| Kelley Ray Kaighin | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

U.S. MARSHALS SERVICE
JAN 19 '23 11:55AM

FILED 19 JAN '23 12:19USDC-ORP

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kelley Ray Kaighin                                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment    ❒ Superseding Indictment    ❒ Information    ❒ Superseding Information    ☑ Complaint

❒ Probation Violation Petition    ❒ Supervised Release Violation Petition    ❒ Violation Notice    ❒ Order of the Court

This offense is briefly described as follows:

On or about January 18, 2023 within the District of Oregon, defendant Kelley Ray Kaighin did knowingly and intentionally possess with the intent to distribute 1000 grams or more of a mixture and substance containing a detectable amount of herion a Schedule I controlled substance and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

Date:   January 19, 2023                                    *Youlee Yim You*
                                                          *Issuing officer's signature*

City and state:     Portland, Oregon                  Hon. Youlee Yim You, U.S. Magistrate Judge
                                                          *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____      DATE  01/19/2023      ARRESTED BY  DEA      _____                                    *Arresting officer's signature* |
| U.S. MARSHAL |
| BY  E. CATER      _____      *Printed name and title* |